ORDER
On July 12, 2016, the original panel opinion issued in this matter. Subsequent to that issuance, a poll was called, sua sponte, to consider en banc rehearing. Upon that consideration, a majority of the active available judges of the court voted to deny. See Fed. R. App. P. 35(a). Chief Judg;e *1302 Tymkovich, as well as Judges Hartz, Gor-such, and Holmes voted to grant en banc rehearing.
Judge Briscoe has written separately in concurrence to the denial of en banc rehearing, as has Judge Bacharach. Judge Gorsuch has written separately in dissent. Judges Tymkovich, Hartz and Holmes join in that dissent.
A copy of this order shall stand as a supplement to the mandate issued on August 8, 2016.